IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| AMALIA FELICITA MENDOZA LOPEZ,<br><br>Plaintiff,<br><br>v.<br><br>WEYERHAEUSER COMPANY, *et al.*,<br><br>Defendants. | Civ. No. 6:22-cv-00882-AA<br><br>JUDGMENT |

Pursuant to the parties' Stipulated Notice of Dismissal, this action is DISMISSED with prejudice in its entirety, each party to bear its own attorney's fees and costs.

DATED: 1/22/2024

                                       Melissa Aubin, Clerk

                                       By     /s/ C. Kramer
                                                            Deputy Clerk

1 –JUDGMENT